UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| DOUGLAS J. MOSS and<br>SUZANNE M. MOSS, his spouse<br><br>       Plaintiffs,<br><br>  -against-<br><br>E.I. DuPONT DE NEMOURS AND COMPANY,<br>individually, and as successor-in-interest to the<br>FIRST CHEMICAL CORPORATION;<br>and FIRST CHEMICAL CORPORATION,<br><br>       Defendants. | Case No. 16-cv-539 LJV<br><br>**CORPORATE DISCLOSURE<br>STATEMENT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant E.I. du Pont de Nemours and Company states that it is a publicly traded company. E.I. du Pont de Nemours and Company does not have a parent corporation. On information and belief, on April 7, 2016, Capital World Investors filed a schedule 13GA with the U.S. Securities and Exchange Commission in which it disclosed holdings in excess of ten percent of DuPont's outstanding common stock. Capital World Investors is not a holder of record of DuPont common stock.

    On December 11, 2015, E.I. du Pont de Nemours and Company and The Dow Chemical Company announced that their boards of directors unanimously approved a definitive agreement under which the companies will combine in an all-stock merger of equals. The merger transaction is expected to close in the second half of 2016, subject to customary closing conditions, including regulatory approvals, and approval by the shareholders of both companies.

Dated:  August 12, 2016

PHILLIPS LYTLE LLP


By    \s\ Alan M. Wishnoff
    Kevin M. Hogan
    Alan M. Wishnoff
125 Main Street
One Canalside
Buffalo, New York 14203
Tel:  (716) 847-8400
Fax:  (716) 852-6100
khogan@phillipslytle.com


*Attorneys for Defendant*
*E .I. du Pont de Nemours and Company*

To:

Steven H. Wodka, Esq.
*Attorney for Plaintiffs*
577 Little Silver Point Road
P.O. Box 66
Little Silver, NJ 07739-2815
stevewodka@verizon.net

David W. Kloss, Esq.
Kloss, Stenger, Kroll & LoTempio
*Attorney for Defendant First Chemical Corporation*
69 Delaware Avenue, Suite 1003
Buffalo, New York 14202
dwkloss@klosslaw.com

Doc #01-2973063