IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS J. MOSS and<br>SUZANNE M. MOSS, his spouse,<br><br>        Plaintiffs,<br><br>        v.<br><br>E.I. DuPONT DE NEMOURS AND COMPANY, individually, and as successor-in-interest to the First Chemical Corporation;<br>and FIRST CHEMICAL CORPORATION,<br><br>        Defendants. | Civil Action No. 1:16-CV-00539<br><br><br>**FIRST CHEMICAL CORPORATION CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT

      Pursuant to the Corporate Disclosure Statement Provisions in Federal Rule of Civil Procedure 7.1, any non-governmental corporate party must file two copies of a statement identifying all its parent companies and any publicly held corporation that owns 10% or more of its stock, or state that it has no parent companies. A party must file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and promptly file a supplemental statement if any required information changes.

      In compliance with this provision, this Corporate Disclosure Statement is filed on behalf of First Chemical Corporation.

      1.      Is First Chemical Corporation a parent, subsidiary or other affiliate of a publicly owned corporation?

      a.    ANSWER: Yes. First Chemical Corporation is a wholly owned subsidiary of The Chemours Company.

    2.    Is there a publicly owned corporation, not a party to the case, which has a financial interest in the outcome?

      a.  ANSWER: No.

Dated:    August 11, 2016
             Buffalo, New York

                                       KLOSS, STENGER & LOTEMPIO

                                       David W. Kloss, Esq.
                                       *Attorney for Defendant*
                                       *First Chemical Corporation*
                                       69 Delaware Avenue, Suite 1003
                                       Buffalo, New York 14202
                                       Telephone: (716) 853-1111
                                       Email: dwkloss@klosslaw.com